**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | |
| **HASSAN M. AHMAD,** | * | **CASE NO. 14-14380** |
| DEBTOR | | **CHAPTER 13** |
| | * | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned, Robert L. Vaughn, Jr., of the law firm of O'Connor & Vaughn LLC, will represent the interests of **Shamsiya Shervani ("Shervani")** in this matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all papers served or required to be served in this matter be served upon counsel for Shervani as follows:

Robert L. Vaughn, Jr., Esq.
O'Connor & Vaughn LLC
11490 Commerce Park Drive
Suite 510
Reston, Virginia 20191

Respectfully submitted,

By     /s/ Robert L. Vaughn, Jr.
Robert L. Vaughn, Jr., VSB 20633
O'CONNOR & VAUGHN LLC
11490 Commerce Park Drive
Suite 510
Reston, Virginia 20191

**Certificate of Service**

I hereby certify that on November 25, 2014, a copy of the foregoing was filed via ECF so as to result in electronic noticing on all parties requesting electronic notices in this case.

/s/ Robert L. Vaughn, Jr.
Robert L. Vaughn, Jr.