**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)                                          Case Number **14–14380–RGM**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on November 24, 2014.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Hassan M. Ahmad
20620 Sutherlin Place
Sterling, VA 20165

| | |
|---|---|
| Case Number:   14–14380–RGM<br>Office Code:   1 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–0212 |
| Attorney for Debtor(s) (name and address):<br>Robert R. Weed<br>Law Offices Of Robert Weed<br>45575 Shepard Drive, Suite #201<br>Sterling, VA 20164<br>Telephone number:  (703) 335–7793 | Bankruptcy Trustee (name and address):<br>Thomas P. Gorman<br>300 N. Washington St. Ste. 400<br>Alexandria, VA 22314<br>Telephone number:  (703) 836–2226 |

## Meeting of Creditors
Date: **January 6, 2015**                                                                                       Time:  **12:30 PM**
Location:  **115 South Union Street, Suite 206, Alexandria, VA 22314**

All debtors are required to attend a debtor education program. This program is being offered at 9:45 a.m. on the same date at this location.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim
For all creditors (except a governmental unit):  **April 6, 2015**                For a governmental unit:  **May 26, 2015**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:  March 9, 2015**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation
Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:
Date:  **February 12, 2015**                                                                             Time:  **09:30 AM**
Location:  **Judge Mayer's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date:  November 25, 2014 |

**EXPLANATIONS**   B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Any attachment must be on 8 1/2" by 11" paper. To receive an acknowledgment that your proof of claim has been receive, you must provide an additional copy and postage paid, self−addressed envelope.**<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Alexandria. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Alexandria. See address on front side of this notice. |

−− Refer to Other Side for Important Deadlines and Notices −−

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PAYMENT OF FEES FOR ALEXANDRIA CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                            Case No. 14-14380-RGM
Hassan M. Ahmad                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0422-9         User: williamsd             Page 1 of 1           Date Rcvd: Nov 25, 2014
                             Form ID: B9I                Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2014.
db             +Hassan M. Ahmad,    20620 Sutherlin Place,    Sterling, VA 20165-8500
tr             +Thomas P. Gorman,    300 N. Washington St. Ste. 400,    Alexandria, VA 22314-2550
12654900       +Apple Federal Credit Union,    4029 Ridgetop Road,    Fairfax, VA 22030-6090
12654902       +Chase,   PO BOX 24696,    Columbus, OH 43224-0696
12654907       +Equifax,   POB 105285,    Atlanta, GA 30348-5285
12654908       +Experian,   POB 9701,    Allen, TX 75013-9701
12654910       +Lendmark Financial Svcs,    4645 Village Sq Ste 560164H,    Paducah, KY 42001-7448
12654909       +Lendmark Financial Svcs,    4645 Village Square Dr, Ste H,    Paducah, KY 42001-7448
12654911       +McCabe, Weisberg & Conway, LLC/JP Morgan,    312 Marshall Ave, Ste 800,    Laurel, MD 20707-4808
12654912       +McCabe, Weisberg & Conway/Chase,    312 Marshall Ave, Ste 800,    Laurel, MD 20707-4808
12654919       +Trans Union,    POB 2000,   Atlanta, GA 30301-2000
12654920       +West Asset Management/Sprint,    7171 Mercy Road,    Omaha, NE 68106-2620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: robertweedlaw@yahoo.com Nov 26 2014 02:30:21     Robert R. Weed,
                 Law Offices Of Robert Weed,    45575 Shepard Drive, Suite #201,    Sterling, VA   20164
12654901       +EDI: CAPITALONE.COM Nov 26 2014 02:18:00     Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
12654903       +EDI: CHASE.COM Nov 26 2014 02:18:00     Chase Bank USA,   PO Box 15298,
                 Wilmington, DE 19850-5298
12654904       +EDI: WFNNB.COM Nov 26 2014 02:18:00     Commenity Bank/NWYRK&CO,    PO Box 182789,
                 Columbus, OH 43218-2789
12654905       +EDI: RCSFNBMARIN.COM Nov 26 2014 02:18:00     Credit One Bank,   P.O. Box 98873,
                 Las Vegas, NV 89193-8873
12654906       +E-mail/Text: electronicbkydocs@nelnet.net Nov 26 2014 02:32:02     Dept of Education/Nelnet,
                 121 S 13th Street,    Lincoln, NE 68508-1904
12654913       +EDI: MERRICKBANK.COM Nov 26 2014 02:18:00     Merrick Bank,   10705 S Jordan Gateway, Ste 200,
                 South Jordan, UT 84095-3977
12654914       +EDI: CITICORP.COM Nov 26 2014 02:18:00     National Tire & Battery/Citibank,   PO Box 6497,
                 Siouz Falls, SD 57117-6497
12654917       +EDI: RMSC.COM Nov 26 2014 02:18:00     SYNCB/Amer Eagle,   PO Box 965005,
                 Orlando, FL 32896-5005
12654918       +EDI: RMSC.COM Nov 26 2014 02:18:00     SYNCB/HH Gregg,   PO Box 965036,
                 Orlando, FL 32896-5036
12654915       +EDI: DRIV.COM Nov 26 2014 02:18:00     Santander Consumer USA,   5201 Rufe Snow Dr,
                 North Richland Hills, TX 76180-6036
12654916       +E-mail/Text: ebnsterling@weltman.com Nov 26 2014 02:31:40     Shaws Jewelers,   375 Ghent Road,
                 Akron, OH 44333-4601
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2014 at the address(es) listed below:
          Robert R. Weed    on behalf of Debtor Hassan M. Ahmad robertweedlaw@yahoo.com,
           atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com
          Thomas P. Gorman    ch13alex@gmail.com, tgorman26@gmail.com
                                                                                             TOTAL: 2
```