**UNITED STATES BANKRUPTCY COURT**

Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

# NOTICE OF ELECTRONIC FILING PROCEDURE

Case Name:    Hassan M. Ahmad

Case Number:   14−14380−RGM                           Date Filed:   November 24, 2014

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or http://www.vaeb.uscourts.gov/ecfnew/ecf.htm. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point−to−Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  November 25, 2014                              William C. Redden
VAN−062 [ver. 3/2008]                                  Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 14-14380-RGM
Hassan M. Ahmad                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: williamsd           Page 1 of 1           Date Rcvd: Nov 25, 2014
                              Form ID: VAN062           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2014.
```
db          +Hassan M. Ahmad,   20620 Sutherlin Place,   Sterling, VA 20165-8500
12654900    +Apple Federal Credit Union,   4029 Ridgetop Road,   Fairfax, VA 22030-6090
12654901    +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
12654902    +Chase,   PO BOX 24696,   Columbus, OH 43224-0696
12654903    +Chase Bank USA,   PO Box 15298,   Wilmington, DE 19850-5298
12654904    +Commenity Bank/NWYRK&CO,   PO Box 182789,   Columbus, OH 43218-2789
12654907    +Equifax,   POB 105285,   Atlanta, GA 30348-5285
12654908    +Experian,   POB 9701,   Allen, TX 75013-9701
12654910    +Lendmark Financial Svcs,   4645 Village Sq Ste 560164H,   Paducah, KY 42001-7448
12654909    +Lendmark Financial Svcs,   4645 Village Square Dr, Ste H,   Paducah, KY 42001-7448
12654911    +McCabe, Weisberg & Conway, LLC/JP Morgan,   312 Marshall Ave, Ste 800,   Laurel, MD 20707-4808
12654912    +McCabe, Weisberg & Conway/Chase,   312 Marshall Ave, Ste 800,   Laurel, MD 20707-4808
12654914    +National Tire & Battery/Citibank,   PO Box 6497,   Siouz Falls, SD 57117-6497
12654915    +Santander Consumer USA,   5201 Rufe Snow Dr,   North Richland Hills, TX 76180-6036
12654919    +Trans Union,   POB 2000,   Atlanta, GA 30301-2000
12654920    +West Asset Management/Sprint,   7171 Mercy Road,   Omaha, NE 68106-2620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12654905    +E-mail/Text: creditonebknotifications@resurgent.com Nov 26 2014 02:30:52   Credit One Bank,
              P.O. Box 98873,   Las Vegas, NV 89193-8873
12654906    +E-mail/Text: electronicbkydocs@nelnet.net Nov 26 2014 02:32:02   Dept of Education/Nelnet,
              121 S 13th Street,   Lincoln, NE 68508-1904
12654913    +E-mail/Text: bkr@cardworks.com Nov 26 2014 02:30:37   Merrick Bank,
              10705 S Jordan Gateway, Ste 200,   South Jordan, UT 84095-3977
12654917    +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2014 02:41:35   SYNCB/Amer Eagle,   PO Box 965005,
              Orlando, FL 32896-5005
12654918    +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2014 02:43:05   SYNCB/HH Gregg,   PO Box 965036,
              Orlando, FL 32896-5036
12654916    +E-mail/Text: ebnsterling@weltman.com Nov 26 2014 02:31:37   Shaws Jewelers,   375 Ghent Road,
              Akron, OH 44333-4601
                                                                                              TOTAL: 6
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2014                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2014 at the address(es) listed below:
```
              Robert R. Weed    on behalf of Debtor Hassan M. Ahmad robertweedlaw@yahoo.com,
               atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com
              Thomas P. Gorman    ch13alex@gmail.com, tgorman26@gmail.com
                                                                                             TOTAL: 2
```