# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 14−14380−RGM
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Hassan M. Ahmad
20620 Sutherlin Place
Sterling, VA 20165

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−0212

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO
## LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
## AND
## LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:    DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on November 24, 2014. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:  December 8, 2014**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 Summary of Schedules (2−pages) and All Schedules (A−J)
**Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation**
**Chapter 13 Plan**
**Statement of Financial Affairs**

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:   November 25, 2014

/s/   Denise S. Williams
Deputy Clerk

[10071_30152vDec2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Hassan M. Ahmad  
    Debtor

Case No. 14-14380-RGM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: williamsd     Page 1 of 1     Date Rcvd: Nov 25, 2014  
                      Form ID: both2     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2014.  
db            +Hassan M. Ahmad,    20620 Sutherlin Place,    Sterling, VA 20165-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2014 at the address(es) listed below:  
                 Robert R. Weed    on behalf of Debtor Hassan M. Ahmad    robertweedlaw@yahoo.com,  
                  atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com  
                 Thomas P. Gorman    ch13alex@gmail.com,    tgorman26@gmail.com  
                                                                                                                                                       TOTAL: 2