# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

In re:   Hassan M. Ahmad                                   Chapter 13
        Debtor                                         Case No. 14-14380-RGM

### Motion to Extend Time to File Schedules, Statement and Chapter 13 Plan

Now debtor Hassan M. Ahmad, by counsel, says:

1. Debtor filed Case No. 14-14380-RGM under Chapter 13 on November 24, 2014.

2. The deadline to file the Schedules, Statement and Plan is December 8, 2014.

3. Debtor hereby requests that the deadline to file said documents be extended.

Date:  December 8, 2014

      /s/ Robert R. Weed
      Robert R. Weed, VSB #24646
      Law Office of Robert Ross Weed
      45575 Shepard Dr., #201
      Sterling, VA  20164
      Counsel for Debtors

### CERTIFICATE OF SERVICE

I, Robert R. Weed, hereby certify that on December 8, 2014, a copy of the foregoing Motion was served electronically on:

Office of the US Trustee
Thomas P. Gorman

/s/ Robert R. Weed
Robert R. Weed