**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

__Alexandria__ Division

**In re** Hassan M. Ahmad

**Case No.** 14-14380-RGM

**Debtor(s)**              **Chapter 13**

### ORDER EXTENDING TIME TO FILE CHAPTER 13 PLAN, LISTS, SCHEDULES AND STATEMENTS AND REQUIRING DEBTOR TO GIVE NOTICE

The debtor(s) have filed a motion to extend the time for filing their Chapter 13 plan, lists, schedules and statements. Accordingly it is **ORDERED** that

1. the debtor's motion to extend the time to file a plan is granted.

2. the deadline for filing a Chapter 13 plan is extended to __December 30, 2014__.

**3. the debtor(s) shall forthwith notify the trustee and all creditors of the respective deadline set for the filing of the plan.**

4. under authority of Local Bankruptcy Rule 1007-1, the time is extended to __December 30, 2014__, for filing all lists, schedules and statements.

5. failure of the debtor(s) to file the plan, lists, schedules and statements on or before the deadlines set forth in paragraphs 2 and 4 above will result in the case being dismissed.

WILLIAM C. REDDEN
Clerk of Court

Date: December 09, 2014         By /s/ Denise S. Williams
                                         Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET

December 09, 2014

[oex13ps ver. 01/10]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Hassan M. Ahmad  
    Debtor

Case No. 14-14380-RGM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: williamsd     Page 1 of 1     Date Rcvd: Dec 09, 2014  
                    Form ID: pdford6    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2014.  
db             +Hassan M. Ahmad,    20620 Sutherlin Place,    Sterling, VA 20165-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2014 at the address(es) listed below:
          Robert L. Vaughn     on behalf of Creditor Shamsiya   Shervani rvaughn@oconnorandvaughn.com, vkaye@oconnorandvaughn.com
          Robert R. Weed     on behalf of Debtor Hassan M. Ahmad robertweedlaw@yahoo.com, atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com
          Thomas P. Gorman     ch13alex@gmail.com,    tgorman26@gmail.com
                                                                                     TOTAL: 3