# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 14−14380−RGM
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Hassan M. Ahmad
20620 Sutherlin Place
Sterling, VA 20165

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−0212

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## NOTICE OF CORRECTION

You were mailed a Notice of Commencement of Case, Meeting of Creditors and Fixing of Dates in the above−referenced case on which a correction should be made in the following information contained therein:

A correction has been made to the date for the Hearing on Confirmation of the Chapter 13 Plan. The new date is February 11, 2015 at 9:30am.

Except as amended by the correction(s) noted above, the notice received by you remains in full force and effect.

Dated:   December 11, 2014

[VAN021vDec2009.jsp]

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 14-14380-RGM
Hassan M. Ahmad                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9       User: williamsd       Page 1 of 1       Date Rcvd: Dec 11, 2014
                           Form ID: VAN021       Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2014.
```
db          +Hassan M. Ahmad,     20620 Sutherlin Place,    Sterling, VA 20165-8500
cr          +Shamsiya Shervani,    c/o Robert L. Vaughn, Jr., Esq.,    11490 Commerce Park Dr.,   Suite 510,
              Reston, VA 20191-1574
12654900    +Apple Federal Credit Union,    4029 Ridgetop Road,    Fairfax, VA 22030-6090
12654901    +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
12654902    +Chase,    PO BOX 24696,    Columbus, OH 43224-0696
12654903    +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
12654904    +Commenity Bank/NWYRK&CO,    PO Box 182789,    Columbus, OH 43218-2789
12654907    +Equifax,    POB 105285,    Atlanta, GA 30348-5285
12654908    +Experian,    POB 9701,    Allen, TX 75013-9701
12654909    +Lendmark Financial Svcs,    4645 Village Square Dr, Ste H,    Paducah, KY 42001-7448
12654910    +Lendmark Financial Svcs,    4645 Village Sq Ste 560164H,    Paducah, KY 42001-7448
12654911    +McCabe, Weisberg & Conway, LLC/JP Morgan,    312 Marshall Ave, Ste 800,    Laurel, MD 20707-4808
12654912    +McCabe, Weisberg & Conway/Chase,    312 Marshall Ave, Ste 800,    Laurel, MD 20707-4808
12654914    +National Tire & Battery/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
12654915    +Santander Consumer USA,    5201 Rufe Snow Dr,    North Richland Hills, TX 76180-6036
12656589    +Shamsiya Shervani,    c/o Robert L. Vaughn, Jr., Esq.,    11490 Commerce Park Drive, #510,
              Reston, VA 20191-1574
12654919    +Trans Union,    POB 2000,    Atlanta, GA 30301-2000
12654920     West Asset Management/Sprint,    7171 Mercy Road,    Omaha, NE 68106-2620
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12654905    +E-mail/Text: creditonebknotifications@resurgent.com Dec 12 2014 02:10:18     Credit One Bank,
              P.O. Box 98873,    Las Vegas, NV 89193-8873
12654906    +E-mail/Text: electronicbkydocs@nelnet.net Dec 12 2014 02:10:48     Dept of Education/Nelnet,
              121 S 13th Street,    Lincoln, NE 68508-1904
12654913    +E-mail/Text: bkr@cardworks.com Dec 12 2014 02:10:12     Merrick Bank,
              10705 S Jordan Gateway, Ste 200,    South Jordan, UT 84095-3977
12654917    +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2014 02:13:07     SYNCB/Amer Eagle,   PO Box 965005,
              Orlando, FL 32896-5005
12654918    +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2014 02:14:57     SYNCB/HH Gregg,   PO Box 965036,
              Orlando, FL 32896-5036
12654916    +E-mail/Text: ebnsterling@weltman.com Dec 12 2014 02:10:34     Shaws Jewelers,   375 Ghent Road,
              Akron, OH 44333-4601
                                                                                             TOTAL: 6
```

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2014                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2014 at the address(es) listed below:
```
              Robert L. Vaughn    on behalf of Creditor Shamsiya  Shervani rvaughn@oconnorandvaughn.com,
               vkaye@oconnorandvaughn.com
              Robert R. Weed    on behalf of Debtor Hassan M. Ahmad robertweedlaw@yahoo.com,
               atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com
              Thomas P. Gorman    ch13alex@gmail.com, tgorman26@gmail.com
                                                                                             TOTAL: 3
```