# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

In re:

                  Case No.
                  Chapter 13

  Debtor(s)

### DISCLOSURE OF HOURLY COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   A. Funds received pre-petition            $_____
   B. Attorney fees paid pre-petition           $_____
   C. Costs and expenses paid pre-petition         $_____
   D. Remaining funds on deposit in IOLTA trust account, as of petition date, and available to be applied to post-petition compensation and expenses, upon Court approval    $_____
   E. Attorney fees incurred pre-petition, but not paid, and to be paid through the chapter 13 plan, upon Court approval    $_____

   The undersigned shall bill at hourly rates, as follows:

   | | |
   |---|---|
   | Robert R. Weed | $400.00/hour |
   | Associate Attorneys | $275.00/hour |
   | Lori Rupp, Paralegal Specialist | $200.00/hour |
   | All other Paralegals | $175.00/hour |

   Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of compensation paid to me was:

   ____ Debtor       ____ Other (specify) _____

3. The source of compensation to be paid to me is:

   ____ Debtor       ____ Other (specify) _____

4. ____ I have not agreed to share the above-disclosed retainer with any other person unless they are members and associates of my law firm.

    ____    I have agreed to share the above-disclosed retainer with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing any of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions, as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services: n/a

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: _____　　　　　　　　　　/s/ Robert R. Weed_____
　　　　　　　　　　　　　　　　　　　　　　Law Offices of Robert R. Weed

**NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND CLERK'S CM/ECF POLICY 9**

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

**PROOF OF SERVICE**

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and the U.S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

Date: _____　　　　　　　　　　/s/ Robert R. Weed_____