# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division

**TO:**  
Robert Vaughn, Esquire

**In re:** Hassan M. Ahmad

**Case Number** 14–14380–RGM  
**Chapter** 13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*21* – Motion to Compel Order Authorizing 2004 Exam filed by Robert L. Vaughn of O'Connor & Vaughn LLC on behalf of Shamsiya Shervani. (Vaughn, Robert)

**REQUIREMENTS OF FORM/PROCESS:**

__    Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

__    Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

**X**    Filing not accompanied by a Notice of Motion and/or Notice of Hearing.

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

__    Not accompanied by Certification Regarding Request for Expedited Hearing*.

__

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

__    Not accompanied by proof of service indicating service of motion upon parties required to be served.

__    Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

__    Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

__

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

__    Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

__    Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

__    Date, time and/or location omitted or incorrect in Notice of Hearing.

__    Notice of Hearing/Response not properly linked to Motion/Application/Objection

__

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  January 6, 2015              CLERK, UNITED STATES BANKRUPTCY COURT

                                    By /s/ Denise S. Williams, Deputy Clerk  
[igmotionvOct2013.jsp]              Direct Dial Telephone No. (703) 258–1274