# UNITED STATES BANKRUPTCY COURT
## FOR THE

### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**In the Matter of:**

**HASSAN AHMAD**

**Chapter 13**

**Case No. 14-14380-RGM**

**Debtor**

### CERTIFICATE OF COMPLETION OF FINANCIAL MANAGEMENT COURSE

On January 6, 2015 the Office of the Chapter 13 Trustee for this Court hereby certifies that Hassan Ahmad completed a course on personal financial management given by this office which is a provider approved pursuant to 11 U.S.C. 111 to provide instructional courses concerning personal financial management in the Alexandria Division of the Eastern District of Virginia.

Dated:  January 14, 2015

\_\_/s/ Thomas P. Gorman\_\_\_\_\_  
Thomas P. Gorman  
Chapter 13 Trustee  
300 N. Washington Street, Ste. 400  
Alexandria, VA 22314  
(703) 836-2226  
VSB 26421