Belkys Escobar (VSB #74866)
Steven F. Jackson (VSB #37678)
Assistant County Attorneys
COUNTY of LOUDOUN
One Harrison St, SE
P.O. Box 7000
Leesburg, Virginia  20177-7000
Telephone:  (571) 258-3119
Telephone:  (703) 777-0549
Telecopier:  (703) 771-5025

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **IN RE:** | |
| **HASSAN M. AHMAD,** | Case No. 14-14380-RGM |
| | Chapter 13 |
| *Debtor.* | |

## NOTICE OF APPEARANCE

The County of Loudoun, Virginia, by counsel, hereby notes its appearance in this case. You are requested to serve all notices, documents and pleadings filed with the Court, including all notices required to be served under Fed. R. Bankr. Pro. 2002 and 9010, on the undersigned counsel whose contact information is set forth below.

    Respectfully submitted,
    The COUNTY of LOUDOUN, VIRGINIA
    By counsel

LEO P. ROGERS
COUNTY ATTORNEY

By     /s/ Belkys Escobar
      Belkys Escobar (VSB #74866)
      Steven F. Jackson (VSB 37678)
      Assistant County Attorneys
      One Harrison Street, S.E., 5th Floor
      P.O. Box 7000
      Leesburg, Virginia 20177-7000
      Telephone: (571) 258-3119
      Telephone: (703) 777-0549
      Telecopier: (703) 771-5025
      E-mail: belkys.escobar@loudoun.gov
      E-mail: steve.jackson@loudoun.gov

## CERTIFICATE OF SERVICE

I certify that on January 16, 2015 a copy of the foregoing Notice was served by ELECTRONIC MAIL through the Court's electronic filing system or by FIRST CLASS MAIL to the parties indicated below:

| | |
|---|---|
| Robert R. Weed | Thomas P. Gorman |
| robertweedlaw@yahoo.com | ch13alex@gmail.com |
| *Counsel for Debtor* | *Chapter 13 Trustee* |

/s/ Belkys Escobar