IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                )
                                      )
HASSAN M. AHMAD                       )
                    Debtor            )        Case No. 14-14380-RGM
                                      )        Chapter 13
                                      )

_____

**NOTICE OF MOTION TO COMPEL ORDER AUTHORIZING THE EXAMINATION
OF THE DEBTOR PURSUANT TO BANKRUPTCY RULE 2004 AND HEARING ON
FEBRUARY 25, 2015 AT 9:30 A.M.**

Shamsiya Shervani, a creditor of the Debtor herein, has filed her Motion to Compel Order
Authorizing the Examination of the Debtor Pursuant to Bankruptcy Rule 2004.

**Your rights may be affected. You should read these papers carefully and discuss them
with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney,
you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court
to consider your views on the Motion, then five (5) business days prior to the hearing, you or your
attorney must:

X        File a written response with the Bankruptcy Court. Unless a written response
         is filed and served prior to the hearing, the Court may deem any opposition
         waived, treat the motion as conceded, and issue an order granting the
         requested relief without further notice or hearing.  If you mail your
         response to the court for filing, you must mail it early enough so the court
         will receive it within the five (5) day deadline stated above. You must also
         mail a copy to the persons listed below.

X        Attend the hearing scheduled for **February 25, 2015 at 9:30 a.m.**, United
         States Bankruptcy Court, 200 S. Washington Street, Alexandria, Virginia.
         If no timely response has been filed opposing the relief requested, the Court
         may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

*Robert L. Vaughn, Jr., VSB 20633*
*O'Connor & Vaughn LLC*
*11490 Commerce Park Dr., #510*
*Reston, VA 20191*
*T - 703-689-2100*
*F - 703-471-6496*

Robert L. Vaughn, Jr., Esq.
O'Connor & Vaughn LLC
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191

Robert R. Weed, Esq.
45575 Shepard Drive, #201
Sterling, VA 20164

Thomas P. Gorman, Trustee
300 North Washington Street
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without holding a hearing.

Date: January 16, 2015.                O'Connor & Vaughn LLC
                                       11490 Commerce Park Drive, #510
                                       Reston, Virginia 20191
                                       703-689-2100

                                       By   /s/ Robert L. Vaughn, Jr.
                                          Robert L. Vaughn, Jr., VSB 20633

Certificate of Service

I hereby certify that on January 16, 2015, I caused a true copy of this Notice to be served on all parties of record via the Court's ECF filing system and have mailed copies to:

Hassan M. Ahmad                    Thomas P. Gorman, Trustee
20620 Sutherlin Place              300 North Washington Street
Sterling, VA 20165                 Alexandria, VA 22314

                   Robert R. Weed, Esq.
                   45575 Shepard Drive, #201
                   Sterling, VA 20164

                                       /s/ Robert L. Vaughn, Jr.
                                       Robert L. Vaughn, Jr.