**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

In Re:
Hassan M. Ahmad                                              Case No. 14-14380-RGM
         Debtor                                              Chapter 13

## APPLICATION TO EMPLOY PROFESSIONAL

NOW COMES Hassan M. Ahmad, Debtor, and for his application to employ professional states as follows:

1. Debtor filed his Chapter 13 petition on November 24, 2014.
2. The debtor is the defendant in adversary proceeding case number 15-01001-RGM, filed by Shamsiya Shervani, plaintiff, in this court.
3. Debtor wishes to employ Bernard J. DiMuro of the firm DiMuro Ginsberg PC to represent the debtor in the adversary proceeding.  Attorney DiMuro was handling the pending legal action, which is now a dischargeability adversary proceeding, and he's most familiar with the facts of the case.  Attorney DiMuro's mailing address, state bar number, telephone number, and e-mail address are as follows:

> Bernard J. DiMuro
> DiMuro Ginsberg PC
> 1101 King Street, Suite 610
> Alexandria, VA  22314
> VSB# 18784
> (703) 684-4333
> bdimuro@dimuro.com

WHEREFORE the debtor prays that he will be authorized to employ Bernard J. DiMuro of DiMuro Ginsberg PC to represent the debtor in the adversary proceeding and for any other relief this court deems equitable and just.

> /s/ Robert R. Weed
> Robert R. Weed, VSB #24646
> Law Office of Robert R. Weed
> 45575 Shepard Drive, Suite #201
> Sterling, VA  20164
> (703) 335-7793
> Counsel for Debtor

## CERTIFICATE OF SERVICE

I, Robert R. Weed, hereby certify that on January 21, 2015, a copy of the foregoing Application was served electronically on:

Office of the US Trustee
Thomas P. Gorman, Chapter 13 Trustee

And by regular U.S. Mail, first class, postage pre-paid, on the attached court matrix.


                                                    /s/ Robert R. Weed