| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 14-14380-RGM<br>Eastern District of Virginia<br>Alexandria<br>Wed Jan 21 11:22:08 EST 2015 | County of Loudoun, VA<br>c/o Belkys Escobar<br>One Harrison St. SE, (MSC #06)<br>Leesburg, VA 20175-3102 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 |
| Apple Federal Credit Union<br>4029 Ridgetop Road<br>Fairfax, VA 22030-6090 | Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Chase<br>PO BOX 24696<br>Columbus, OH 43224-0696 |
| Chase Bank USA<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Commenity Bank/NWYRK&CO<br>PO Box 182789<br>Columbus, OH 43218-2789 | Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 |
| Dept of Education/Nelnet<br>121 S 13th Street<br>Lincoln, NE 68508-1904 | Equifax<br>POB 105285<br>Atlanta, GA 30348-5285 | Experian<br>POB 9701<br>Allen, TX 75013-9701 |
| Lendmark Financial Svcs<br>4645 Village Sq Ste 560164H<br>Paducah, KY 42001-7448 | Lendmark Financial Svcs<br>4645 Village Square Dr, Ste H<br>Paducah, KY 42001-7448 | McCabe, Weisberg & Conway, LLC/JP Morgan<br>312 Marshall Ave, Ste 800<br>Laurel, MD 20707-4808 |
| McCabe, Weisberg & Conway/Chase<br>312 Marshall Ave, Ste 800<br>Laurel, MD 20707-4808 | Merrick Bank<br>10705 S Jordan Gateway, Ste 200<br>South Jordan, UT 84095-3977 | National Tire & Battery/Citibank<br>PO Box 6497<br>Siouz Falls, SD 57117-6497 |
| SYNCB/Amer Eagle<br>PO Box 965005<br>Orlando, FL 32896-5005 | SYNCB/HH Gregg<br>PO Box 965036<br>Orlando, FL 32896-5036 | Santander Consumer USA<br>5201 Rufe Snow Dr<br>North Richland Hills, TX 76180-6036 |
| Shamsiya Shervani<br>c/o Robert L. Vaughn, Jr., Esq.<br>11490 Commerce Park Drive, #510<br>Reston, VA 20191-1574 | Shaws Jewelers<br>375 Ghent Road<br>Akron, OH 44333-4601 | Trans Union<br>POB 2000<br>Atlanta, GA 30301-2000 |
| West Asset Management/Sprint<br>7171 Mercy Road<br>Omaha, NE 68106-2620 | Hassan M. Ahmad<br>20620 Sutherlin Place<br>Sterling, VA 20165-8500 | Robert R. Weed<br>Law Offices Of Robert Weed<br>45575 Shepard Drive, Suite #201<br>Sterling, VA 20164-4409 |
| Shamsiya Shervani<br>c/o Robert L. Vaughn, Jr., Esq.<br>11490 Commerce Park Dr.<br>Suite 510<br>Reston, VA 20191-1574 | Thomas P. Gorman<br>300 N. Washington St. Ste. 400<br>Alexandria, VA 22314-2550 | End of Label Matrix<br>Mailable recipients    28<br>Bypassed recipients     0<br>Total                   28 |