**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

In Re:
Hassan M. Ahmad                                                    Case No. 14-14380-RGM
       Debtor                                                            Chapter 13

**NOTICE OF MOTION AND HEARING**

      Hassan M. Ahmad, Debtor, has filed papers with the Court seeking approval to employ a professional.

      **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

      If you do not wish the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before **February 4, 2015**, you or your attorney must:

- File with the Court at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).

          United States Bankruptcy Court, Clerk's Office
          200 South Washington Street
          Alexandria, VA 22314-5405

**Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice of hearing.**  If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.  You must **also** mail a copy to the persons listed below.

- Attend the hearing scheduled to be held on **February 11, 2015,** at **9:30 AM in Courtroom I, United States Bankruptcy Court, 200 South**

**Washington Street, Alexandria, VA 22314.  If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.**

- A copy of any written response must be mailed to the following persons:

     Robert R. Weed
     Law Offices of Robert Ross Weed
     45575 Shepard Drive, Suite #201
     Sterling, VA  20164

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.

January 21, 2015          /s/ Robert R. Weed
                          Robert Ross Weed, VSB #24646
                          Law Office of Robert R. Weed
                          45575 Shepard Drive, Suite #201
                          Sterling, VA  20164
                          Counsel for Debtors


CERTIFICATE OF SERVICE

I, Robert R. Weed, hereby certify that on January 21, 2015, a copy of the foregoing Notice was served electronically on:

Office of the US Trustee
Thomas P. Gorman

And by regular U.S. Mail, first class, postage prepaid, on the attached court matrix.


     /s/ Robert R. Weed