# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division

**TO:**  
Thomas Gorman, Esquire

**In re:** Hassan M. Ahmad

**Case Number** 14–14380–RGM  
**Chapter** 13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*28* – Trustee's Objection to Confirmation of Chapter 13 Plan, Notice of Objection to Confirmation of Plan and Notice of Scheduled Hearing on this Objection (Re: related document(s)19 Chapter 13 Plan and Related Motions filed by Hassan M. Ahmad) Hearing scheduled for 2/25/2015 at 09:30 AM at Judge Mayer's Courtroom, 200 South Washington Street, 2nd Floor, Courtroom I, Alexandria, VA. Filed by Thomas P. Gorman (Gorman)

**REQUIREMENTS OF FORM/PROCESS:**

- Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.
- Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*
- 

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

- Not accompanied by Certification Regarding Request for Expedited Hearing*.
- 

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

- Not accompanied by proof of service indicating service of motion upon parties required to be served.
- Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.
- Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.
- 

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

- Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.
- Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.
- Date, time and/or location omitted or incorrect in Notice of Hearing.
- Notice of Hearing/Response not properly linked to Motion/Application/Objection
- **X** Document contains a different hearing date. Please check for possible error.

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  January 22, 2015                CLERK, UNITED STATES BANKRUPTCY COURT

[igmotionvOct2013.jsp]

By /s/ Denise S. Williams, Deputy Clerk  
Direct Dial Telephone No. (703) 258–1274