**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | |
| | Chapter 13 |
| HASSAN M. AHMAD | 14-14380-RGM |
| | |
| Debtor | |

**TRUSTEE'S RESPONSE TO APPLICATION TO EMPLOY PROFESSIONAL**

    Thomas P. Gorman, Trustee, responds to Debtor's Application To Employ Professional by stating the Application does not comply with Bankruptcy Rule 2014 in that it does not disclose the "proposed arrangement for compensation", nor the connections of proposed counsel with other parties, nor does it contain the requisite verified statement of the person proposed to be employed.

| | |
|---|---|
|  January 29, 2015  |  /s/ Thomas P. Gorman  |
| Dated | Thomas P. Gorman |
| | Chapter 13 Trustee |
| | 300 N. Washington Street, #400 |
| | Alexandria, VA  22314 |
| | (703) 836-2226 |
| | VSB #26421 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of January, 2015 mailed a true copy of the foregoing Withdrawal to the following parties.

Hassan M. Ahmad  
Chapter 13 Debtors  
20620 Sutherlin Place  
Sterling, VA 20165  

Robert Weed, Esq.  
Counsel for Debtor  
45575 Sherard Drive, #201  
Sterling, VA 20164  

Bernard J. DiMuro, Esq.  
DiMuro Gingberg PC  
1101 King Street, Suite 610  
Alexandria, VA 22314  

Office of The United States Trustee  
115 South Union Street, Suite 206  
Alexandria, VA 22314  

        ___/s/ Thomas P. Gorman_____  
        Thomas P. Gorman