IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                          )
                                                )
HASSAN M. AHMAD                                 )
        Debtor                              )     Case No. 14-14380-RGM
                                                )     Chapter 13

**CREDITOR'S OBJECTION TO CONFIRMATION
OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

Shamsiya Shervani, a creditor of the Debtor herein, objects to the confirmation of the Debtor's proposed Chapter 13 Plan, and in support thereof states as follows:

1. Creditor incorporates herein the objections of the Trustee.

2. The Plan makes no provision for the payment of Creditor.

3. In addition, Creditor has filed a Motion for a 2004 Examination of the Debtor, who despite requests for available dates, has failed to provide the same and thus necessitated that the matter be placed on the docket of this Court for hearing.

4. No decision on the confirmation of Debtor's proposed Plan should be made until the 2004 Exam of the Debtor is completed, inclusive of the Debtor providing all of the documentation requested in conjunction with that examination.

Date: February 3, 2015.                    O'Connor & Vaughn LLC
                                           11490 Commerce Park Drive, #510
                                           Reston, Virginia 20191
                                           703-689-2100

                                           By   /s/ Robert L. Vaughn, Jr.
                                           Robert L. Vaughn, Jr., VSB 20633

*Robert L. Vaughn, Jr., VSB 20633*
*O'Connor & Vaughn LLC*
*11490 Commerce Park Dr., #510*
*Reston, VA 20191*
*T - 703-689-2100*
*F - 703-471-6496*

Certificate of Service

   I hereby certify that on February 3, 2015, I caused a true copy of this Objection to be served on all parties of record via the Court's ECF filing system and have mailed copies to:

| | |
|---|---|
| Hassan M. Ahmad | Thomas P. Gorman, Trustee |
| 20620 Sutherlin Place | 300 North Washington Street |
| Sterling, VA 20165 | Alexandria, VA 22314 |

        Robert R. Weed, Esq.
        45575 Shepard Drive, #201
        Sterling, VA 20164

          /s/ Robert L. Vaughn, Jr.
          Robert L. Vaughn, Jr.