IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| HASSAN M. AHMAD ) | |
|       Debtor ) | Case No. 14-14380-RGM |
| ) | Chapter 13 |
| ) | |

## CREDITOR'S OBJECTION TO APPLICATION TO EMPLOY PROFESSIONAL

Shamsiya Shervani, a creditor of the Debtor herein, objects to the Application to Employ Bernard J. DiMuro and the firm of DiMuro Ginsberg PC and in support thereof states as follows:

1. Creditor incorporates herein the objections of the Trustee.

2. In addition, it is submitted that further inquiry is needed to ascertain the connection between the Debtor and the proposed professional, inclusive of how much the Debtor has paid the professional for services rendered in the state court legal malpractice proceedings, the source of those payments, and whether the proposed professional is, in fact, a creditor of the debtor.

3. Creditor has filed a Motion for a 2004 Examination of the Debtor, who despite requests for available dates, has failed to provide the same and thus necessitated that the matter be placed on the docket of this Court for hearing.

4. Creditor also is requesting information and documentation directly from the professional regarding the connection between the proposed professional and the Debtor.

5. No decision on the retention of the proposed professional should be made until the Debtor complies with Bankruptcy Rule 2014, the 2004 Exam in completed, and the requested information is provided.

*Robert L. Vaughn, Jr., VSB 20633*
*O'Connor & Vaughn LLC*
*11490 Commerce Park Dr., #510*
*Reston, VA 20191*
*T - 703-689-2100*
*F - 703-471-6496*

Date: February 3, 2015.        O'Connor & Vaughn LLC
                   11490 Commerce Park Drive, #510
                   Reston, Virginia 20191
                   703-689-2100

                   By   /s/ Robert L. Vaughn, Jr.
                   Robert L. Vaughn, Jr., VSB 20633

<u>Certificate of Service</u>

I hereby certify that on February 3, 2015, I caused a true copy of this Objection to be served on all parties of record via the Court's ECF filing system and have mailed copies to:

| | |
|---|---|
| Hassan M. Ahmad | Thomas P. Gorman, Trustee |
| 20620 Sutherlin Place | 300 North Washington Street |
| Sterling, VA 20165 | Alexandria, VA 22314 |

        Robert R. Weed, Esq.
        45575 Shepard Drive, #201
        Sterling, VA 20164


                           /s/ Robert L. Vaughn, Jr.
                   Robert L. Vaughn, Jr.