B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): DiMuro Ginsberg, PC c/o Bernard J. DiMuro
on (date) 02/05/15

☑ I served the subpoena by delivering a copy to the named person as follows: Personally on Bernard J. DiMuro
at 1101 King Street, #610, Alexandria, VA 22314
_____ on (date) 02/11/15 @ 12:05pm or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 02/11/15

_____
Server's signature

ANTHONY J. STEFANI / PPS
Printed name and title

10387 Main St, Ste 202, Fairfax, VA 22030
Server's address

Additional information concerning attempted service, etc.:

# UNITED STATES BANKRUPTCY COURT

EASTERN District of VIRGINIA ALEXANDRIA DIVISION

In re  HASSAN M. AHMAD
                Debtor

*(Complete if issued in an adversary proceeding)*

Case No. 14-14380-RGM

Chapter 13

_____
Plaintiff
v.
_____
Defendant

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Bernard J. DiMuro, DiMuro Ginsberg, P.C., 1101 King Street, #610, Alexandria, VA
*(Name of person to whom the subpoena is directed)*

[X] *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:   SEE ATTACHED.

| PLACE | DATE AND TIME |
|---|---|
| 11490 Commerce Park Dr., #510, Reston, VA 20191 | 10:00 a.m. February 27, 2015 |

[ ] *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____                    _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
Shamsiya Shervani      , who issues or requests this subpoena, are:

Robert L. Vaughn, Jr., Esq. 703-689-2100    Email: rvaughn@oconnorandvaughn.com
11490 Commerce Pk Dr.,
#510, Reston, VA 20191

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

In Re: Hassan M. Ahmad
Case No. 14-14380

## Attachment to Subpoena to Produce Documents

YOU ARE TO PRODUCE:

1. Retention agreement with Hasan Ahmad and/or any document memorializing the terms of such retention

2. Any and all billing statements submitted to Hasan Ahmad, either directly or indirectly, for legal services

3. any and all invoices, bills, and/or similar statements for costs incurred related and/or pertaining to Hasan Ahmad, either directly or indirectly, including but not limited to, filing fees, and fees for service of documents (inclusive of fees for private process service of subpoenas duces tecum)

4. Evidence of any and all payments made by and/or on behalf of Hasan Ahamad for services rendered and/or costs incurred

5. Time records and/or other documents which memorialize the nature and extent of the legal services provided to and/or on behalf of the Debtor