# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

HASSAN M. AHMAD,   Case No. 14-14380-RGM
                   (Chapter 13)
Debtor.

## ORDER

THIS CASE was before the court on February 11, 2015, on the debtor's Application to Employ Professional (Docket Entry 26). For the reasons stated on the record; it is

ORDERED that the application is denied.

DONE at Alexandria, Virginia, this 18th day of February, 2015.

/s/ Robert G. Mayer

Robert G. Mayer
United States Bankruptcy Judge

Copy electronically to:

Robert R. Weed

19908