# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

In Re:
Hassan M. Ahmad                                           Case No. 14-14380-RGM
    Debtor                                             Chapter 13

## **AMENDED APPLICATION TO EMPLOY PROFESSIONAL**

    NOW COMES Hassan M. Ahmad, Debtor, and for his application to employ professional states as follows:

1. Debtor filed his Chapter 13 petition on November 24, 2014.
2. The debtor is the defendant in adversary proceeding case number 15-01001-RGM, filed by Shamsiya Shervani, plaintiff, in this court.
3. Attorney Bernard J. DiMuro represented the debtor and the debtor's law firm as the defendants in the pre-petition Fairfax County Circuit Court case filed by Shamsiya Shervani.
4. As such, Debtor requests authority to employ Bernard J. DiMuro to represent the debtor in the adversary proceeding. Attorney DiMuro was representing the debtor in the pending pre-petition legal action, which is now a dischargeability adversary proceeding, and he's most familiar with the facts of the case. Attorney DiMuro's mailing address, state bar number, telephone number, and e-mail address are as follows:

    > Bernard J. DiMuro
    > DiMuro Ginsberg PC
    > 1101 King Street, Suite 610
    > Alexandria, VA  22314
    > VSB# 18784
    > (703) 684-4333
    > bdimuro@dimuro.com

5. Upon reasonable information and belief, other than as disclosed in this application, Bernard J. DiMuro does not hold an interest adverse to the estate and is a disinterested person as defined by _11 USC §101(14)_.
6. Other than as disclosed in this application, Bernard J. DiMuro has not ever had any connection with the debtor, creditors, any other party in interest, their

respective attorneys and accountants, the United States Trustee or another person employed in the office of the United States Trustee.

7. It would be in the best interest of the debtor to permit Bernard J. DiMuro, an attorney duly licensed to practice in this Court and other Courts in the Commonwealth of Virginia, to act as counsel for the debtor in the adversary proceeding.

8. Bernard J. DiMuro has agreed not to share with any person or firm of the compensation to be paid for services rendered in connection with this case.

WHEREFORE the debtor prays that he will be authorized to employ Bernard J. DiMuro of DiMuro Ginsberg PC to represent the debtor in the adversary proceeding and for any other relief this court deems equitable and just.

/s/ Robert R. Weed
Robert R. Weed, VSB #24646
Law Office of Robert R. Weed
45575 Shepard Drive, Suite #201
Sterling, VA  20164
(703) 335-7793
Counsel for Debtor

CERTIFICATE OF SERVICE

I, Robert R. Weed, hereby certify that on February 21, 2015, a copy of the foregoing Application was served electronically on:

Office of the US Trustee
Thomas P. Gorman, Chapter 13 Trustee

And by regular U.S. Mail, first class, postage pre-paid, on the attached court matrix.

/s/ Robert R. Weed