**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

In Re:
Hassan M. Ahmad  Case No. 14-14380-RGM
    Debtor  Chapter 13

## AFFIDAVIT OF DISINTEREST

Bernard J. DiMuro, being fully sworn, says:

1. I am an attorney in the private practice of law and am authorized to make this affidavit. I am the managing partner of DiMuroGinsberg, P.C., a law firm located in Alexandria, Virginia. I have a B.A. degree from Northwestern University (1976) and a J.D. degree from George Washington National Law Center (1979). I have been licensed to practice law in Virginia since 1979.

2. I represented the debtor in the related Fairfax County Circuit Court matter that preceded the filing of the bankruptcy. Other than that, I have not been employed by nor had any connection with the debtor, creditors, or any other party in interest, their respective attorneys, accounts or the US Trustee.

3. I do not hold an interest adverse to the debtors.

4. Other than as already described in above paragraph 2, I am a disinterested person as defined by *11 USC § 101(14)*.

5. I know of no reason I should not act as counsel for the Debtor. I have represented clients in scores of personal injury cases and in 25-35 legal malpractice matters, which are the areas of law involved in the adversary proceeding.

6. M. Jarrad Wright is an associate of my firm. He holds his J.D. degree from Harvard Law School (2004). He formerly worked as an associate with Weil, Gotshal & Manges where he worked on bankruptcy matters.

7. Kelly Hauck is a legal assistant in my firm. She has over 30 years of experience in personal injury matters.

8. Hassan M. Ahmad has requested that my firm act as attorney for the adversary proceeding. I would assign tasks to Mr. Wright and Ms. Hauck in order to reduce the charges although I would maintain lead position for certain hearings and trial.

9. Hourly rates shall be as follows:

| | |
|---|---|
| Bernard J. DiMuro, Attorney | $450.00 |
| M. Jarrad Wright | $300.00 |
| Kelly Hauck, Paralegal | $150.00 |

February 11, 2015

Bernard J. DiMuro, VSB#18784
DiMuro Ginsberg PC
1101 King Street, Suite 610
Alexandria, VA  22314
(703) 684-4333
bdimuro@dimuro.com

Subscribed and sworn before me this 12th day of February, 2015.

_____, Notary Public
My Commission Expires: 2/28/2015

Selma Modeste
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #229784
My Commission Expires
February 28, 2015