**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>HASSAN M. AHMAD<br><br><br>Debtor | Chapter 13<br>14-14380-RGM |

**TRUSTEE'S RESPONSE TO AMENDED APPLICATION TO EMPLOY PROFESSIONAL**

      Thomas P. Gorman, Trustee, responds to Debtor's Application To Employ Professional by stating that he has no objection or opposition to the proposed employment, subject to any compensation (which is not specified in the Application other than a statement of proposed counsel's hourly rates) being subject to Court approval.

 February 25, 2015                                                       /s/ Thomas P. Gorman
Dated                                                             Thomas P. Gorman
                                                                     Chapter 13 Trustee
                                                                     300 N. Washington Street, #400
                                                                     Alexandria, VA  22314
                                                                     (703) 836-2226
                                                                     VSB #26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 25th day of February, 2015 mailed a true copy of the foregoing Withdrawal to the following parties.

| | |
|---|---|
| Hassan M. Ahmad<br>Chapter 13 Debtors<br>20620 Sutherlin Place<br>Sterling, VA 20165 | Robert Weed, Esq.<br>Counsel for Debtor<br>45575 Shepard Drive, #201<br>Sterling, VA 20164 |
| Bernard J. DiMuro, Esq.<br>DiMuro Gingberg PC<br>1101 King Street, Suite 610<br>Alexandria, VA 22314 | Office of  The United States Trustee<br>115 South Union Street, Suite 206<br>Alexandria, VA 22314 |

                                                                   /s/ Thomas P. Gorman
                                                                   Thomas P. Gorman