## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

In re:  Hassan M. Ahmad                         Chapter 13
               Debtor(s)                     Case No. 14-14380-RGM

**Amended Motion to Extend Time to File Amended Plan**

Now debtor, Hassan M. Ahmad, by counsel, says:

1. Debtor filed Case No. 14-14380-RGM under Chapter 13 on November 24, 2014.

2. Confirmation of the debtor's plan was denied on February 11, 2015, and the order denying confirmation was entered on February 12, 2015, giving the debtor until March 5, 2015, to file an amended plan.

3. Because of the inclement weather on March 5, 2015, debtor and his counsel were unable to access the information at counsel's office needed to complete the amended plan and were unable meet to review and sign the amended plan.

4. Debtors hereby request that the deadline to file another amended plan be extended until March 11, 2015.

Date:  March 9, 2015               /s/ Robert R. Weed
                                           Robert R. Weed, VSB #24646
                                           Law Office of Robert Ross Weed
                                           45575 Shepard Dr., #201
                                           Sterling, VA  20164
                                           Counsel for Debtors

**CERTIFICATE OF SERVICE**

    I, Robert R. Weed, hereby certify that on March 9, 2015, a copy of the foregoing Motion was served electronically on:

Office of the US Trustee
Thomas P. Gorman                               /s/ Robert R. Weed
                                                        Robert R. Weed