# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

In re:   Hassan M. Ahmad                                      Chapter 13
                    Debtor(s)                                 Case No. 14-14380-RGM

### AMENDED NOTICE OF MOTION and NOTICE OF HEARING THEREON

Hassan M. Ahmad has filed papers with the U. S. Bankruptcy Court asking the court to extend the time to file an amended plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the motion, then you must attend the hearing scheduled to be held on **April 8, 2015, at 9:30 AM, in Courtroom I, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA  22314**.  You may also wish to file with the court an answer explaining your position, by mailing it to:

US Bankruptcy Court, Clerk's Office
200 S. Washington St.
Alexandria, VA  22314

If you mail your response to the court for filing, you must mail it early enough so the court will **receive it** on or before the date stated above.

You must also mail a copy to:

Robert R. Weed
Law Office of Robert R. Weed
45575 Shepard Drive, #201
Sterling, VA  20164
Counsel for Cornelio Hernandez

Or use other steps required to oppose a motion under local rule or court order.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  March 9, 2015                           /s/  Robert R. Weed
                                               Robert R. Weed, VSB #24646
                                               Law Office of Robert Ross Weed
                                               45575 Shepard Drive, #201
                                               Sterling, VA  20164
                                               (703) 335-7793

## CERTIFICATE OF SERVICE

      I certify that on March 9, 2015, a true copy of the foregoing notice was sent electronically through the Court's ECF system to:

Thomas P. Gorman, Chapter 13 Trustee
Office of the United States Trustee


/s/ Robert R. Weed
Robert R. Weed