IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                                              )
                                                    )
HASSAN M. AHMAD                                     )
          Debtor                                    )        Case No. 14-14380-RGM
                                                    )    Chapter 13
                                                    )

### ORDER GRANTING MOTION FOR 2004 EXAM

This matter having come before this Court upon the Shamsiya Shervani, a creditor of the Debtor ("Creditor"), seeking authority to conduct a Rule 2004 examination of the Debtor, and to compel the Debtor to produce records/documents, this Court finding that it has jurisdiction over the matters raised in the Motion, that sufficient cause therefore exists for the granting of the Motion, and that the Motion is otherwise proper, it is, therefore,

ADJUDGED and ORDERED that:

1. The Debtor shall appear in the offices of counsel for Creditor on March 31, 2015 at 2:00 p.m. o'clock for purposes of a Rule 2004 examination.

2. Not less than 48 hours before the examination, Debtor shall produce in the offices of counsel for the Creditor the documents set forth on Exhibit A to the Motion for the 2004 Exam limited to the time period of January 1, 2013 to date.

3. This Court shall retain jurisdiction with respect to all disputes that may arise from and/or are related to the implementation of this Order.

Dated: Mar 10 2015
_____

/s/ Robert G. Mayer
ROBERT G. MAYER
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: March 10, 2015

**I ASK FOR THIS:**

**O'CONNOR & VAUGHN LLC**
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile

By     /s/ Robert L. Vaughn, Jr.
        Robert L. Vaughn, Jr., VSB # 20633
        *Counsel for Shamsiya Shervani*


**SEEN AND** _____**:**

_____noticed_____
Robert R. Weed, Esq.
45575 Shepard Drive, #201
Sterling, VA 20164