**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In Re:

Hassan M. Ahmad                                              Case No. 14-14380-RGM

      Debtor                                              Chapter 13

### ORDER ON DEBTOR'S MOTION TO EMPLOY PROFESSIONAL

This matter having come before the Court on the Debtor's Motion to

Employ Professional, and after notice and hearing it is hereby

ORDERED that the debtor is authorized to employ Bernard

J.DiMuro as counsel for the debtor.

Attorney DiMuro must make application for any fees according to

11U.S.C. 330(a)(4)(B) and the local rules of this court.  This order is without

prejudice as to approval or not of such fee applications or their method of

payment.

  Dated: Mar 19 2015

                          /s/ Robert G. Mayer
                          Robert G. Mayer
                          U. S. Bankruptcy Judge

                     Entered on Docket: March 19, 2015

I Ask For This:

/s/ Robert R. Weed
Robert R. Weed, Attorney for Debtor
45575 Shepard Drive, Suite #201
Sterling, VA  20164
(703) 735-7793
VSB #24646

Seen:

/s/ Robert L. Vaughn
Robert L. Vaughn

Attorney for Shamsiya Shervani
O'Connor & Vaughn, LLC
11490 Commerce Park Drive
Suite 510
Reston, VA  20191
(703) 689-2100


/s/ Thomas P. Gorman
Thomas P. Gorman, Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421


## CERTIFICATE

I hereby certify that this proposed order has been endorsed by all necessary parties involved in this proceeding.


/s/ Robert R. Weed
Robert R. Weed


To be served:

Robert R. Weed
Law Offices of Robert R. Weed
45575 Shepard Dr., #201
Sterling, VA  20164

Robert L. Vaughn
O'Connor & Vaughn LLC
11490 Commerce Park Drive
Suite 510
Reston, VA  20191

Thomas P. Gorman
300 N. Washington St., Suite 400
Alexandria, VA  22314

Hassan M. Ahmad
20620 Sutherlin Place
Sterling, VA  20165