**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In Re:
Hassan M. Ahmad                                    Case No. 14-14380-RGM
      Debtor                                          Chapter 13

### ORDER ON DEBTOR'S MOTION TO EMPLOY PROFESSIONAL

This matter having come before the Court on the Debtor's Motion to Employ Professional, and after notice and hearing it is hereby

ORDERED that the debtor is authorized to employ Bernard J.DiMuro as counsel for the debtor.

Attorney DiMuro must make application for any fees according to 11U.S.C. 330(a)(4)(B) and the local rules of this court.  This order is without prejudice as to approval or not of such fee applications or their method of payment.

Dated: Mar 19 2015

/s/ Robert G. Mayer
Robert G. Mayer
U. S. Bankruptcy Judge

Entered on Docket: March 19, 2015

I Ask For This:

/s/ Robert R. Weed
Robert R. Weed, Attorney for Debtor
45575 Shepard Drive, Suite #201
Sterling, VA  20164
(703) 735-7793
VSB #24646


Seen:

/s/ Robert L. Vaughn
Robert L. Vaughn

Attorney for Shamsiya Shervani
O'Connor & Vaughn, LLC
11490 Commerce Park Drive
Suite 510
Reston, VA  20191
(703) 689-2100

/s/ Thomas P. Gorman
Thomas P. Gorman, Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

CERTIFICATE

I hereby certify that this proposed order has been endorsed by all necessary parties involved in this proceeding.

/s/ Robert R. Weed
Robert R. Weed

To be served:

Robert R. Weed
Law Offices of Robert R. Weed
45575 Shepard Dr., #201
Sterling, VA  20164

Robert L. Vaughn
O'Connor & Vaughn LLC
11490 Commerce Park Drive
Suite 510
Reston, VA  20191

Thomas P. Gorman
300 N. Washington St., Suite 400
Alexandria, VA  22314

Hassan M. Ahmad
20620 Sutherlin Place
Sterling, VA  20165

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Hassan M. Ahmad  
     Debtor

Case No. 14-14380-RGM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: williamsd     Page 1 of 1     Date Rcvd: Mar 19, 2015  
                 Form ID: pdford9     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2015.  
db         +Hassan M. Ahmad,   20620 Sutherlin Place,   Sterling, VA 20165-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2015                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2015 at the address(es) listed below:

        Belkys Escobar     on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov, bankrupt@loudoun.gov;Brian.Boone@loudoun.gov  
        Bernard Joseph DiMuro     on behalf of Defendant Hassan M. Ahmad bdimuro@dimuro.com, ccoggins@dimuro.com;smodeste@dimuro.com;khauck@dimuro.com;mjwright@dimuro.com  
        Bernard Joseph DiMuro     on behalf of Defendant    The Hassan M. Ahmad Law Firm, PLLC bdimuro@dimuro.com, ccoggins@dimuro.com;smodeste@dimuro.com;khauck@dimuro.com;mjwright@dimuro.com  
        Robert L. Vaughn     on behalf of Plaintiff Shamsiya   Shervani rvaughn@oconnorandvaughn.com, vkaye@oconnorandvaughn.com  
        Robert L. Vaughn     on behalf of Creditor Shamsiya   Shervani rvaughn@oconnorandvaughn.com, vkaye@oconnorandvaughn.com  
        Robert R. Weed     on behalf of Debtor Hassan M. Ahmad robertweedlaw@yahoo.com, atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com  
        Thomas P. Gorman     ch13alex@gmail.com,   tgorman26@gmail.com  
                                                                                                                                     TOTAL: 7