IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HASSAN M. AHMAD | ) | |
|     Debtor | ) | Case No. 14-14380-RGM |
| | ) | Chapter 13 |
| | ) | |

## AMENDED NOTICE OF MOTION TO OVERRULE MOTION TO QUASH SUBPOENA DUCES TECUM AND HEARING ON APRIL 22, 2015 AT 9:30 A.M.*

Shamsiya Shervani, a creditor of the Debtor herein, has filed her Motion to Overrule Motion to Quash Subpoena Duces Tecum and For Fees.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then five (5) business days prior to the hearing, you or your attorney must:

X    File a written response with the Bankruptcy Court. Unless a written response is filed and served prior to the hearing, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it within the five (5) day deadline stated above. You must also mail a copy to the persons listed below.

X    Attend the hearing scheduled for **April 22, 2015 at 9:30 a.m.**, United States Bankruptcy Court, 200 S. Washington Street, Alexandria, Virginia. If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.

*[\* previously noticed for April 8, 2015 but rescheduled by agreement of counsel and Trustee]*

*Robert L. Vaughn, Jr., VSB 20633*
*O'Connor & Vaughn LLC*
*11490 Commerce Park Dr., #510*
*Reston, VA 20191*
*T - 703-689-2100*
*F - 703-471-6496*

A copy of any written response must be mailed to the following persons:

>Robert L. Vaughn, Jr., Esq.
>O'Connor & Vaughn LLC
>11490 Commerce Park Drive, Suite 510
>Reston, Virginia 20191
>
>Robert R. Weed, Esq.
>45575 Shepard Drive, #201
>Sterling, VA 20164
>
>Thomas P. Gorman, Trustee
>300 North Washington Street
>Alexandria, VA 22314
>
>Clerk of the Court
>United States Bankruptcy Court
>200 South Washington Street
>Alexandria, VA 22314
>
>Bernard J. DiMuro
>1101 King Street, Suite 610
>Alexandria, Virginia 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without holding a hearing.

Date: April 8, 2015.

>O'Connor & Vaughn LLC
>11490 Commerce Park Drive, #510
>Reston, Virginia 20191
>703-689-2100
>
>By   /s/ Robert L. Vaughn, Jr.
>     Robert L. Vaughn, Jr., VSB 20633

Certificate of Service

I hereby certify that on April 8, 2015, I caused a true copy of this Notice to be served on all parties of record via the Court's ECF filing system.

>/s/ Robert L. Vaughn, Jr.
>Robert L. Vaughn, Jr.