# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

___Alexandria___ Division

In re    Hassan M. Ahmad

Case No.    14-14380-RGM

Debtor(s)    Chapter    13

To:    DC Department of Revenue
1101 4th Street, SW, Ste 270 West
Washington, DC 20024

## NOTICE OF FILING OF CLAIM BY DEBTOR, TRUSTEE OR OTHER ENTITY

Pursuant to Federal Rules of Bankruptcy Procedure 3004/3005, you are hereby notified that a proof of claim in the amount of $___2046.54___ has been filed in your name by ___Debtor - Hassan M. Ahmad___, on ___May 6, 2015___.

**CLERK, UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

By ___/s/ Denise S. Williams___
**Deputy Clerk**

Date:    May 06, 2015

[ntcflclm ver. 05/10]