# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

__Alexandria__ Division

**In re** Hassan M. Ahmad

Case No. 14-14380-RGM

**Debtor(s)** Chapter 13

**To:** Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101

## NOTICE OF FILING OF CLAIM BY DEBTOR, TRUSTEE OR OTHER ENTITY

Pursuant to Federal Rules of Bankruptcy Procedure 3004/3005, you are hereby notified that a proof of claim in the amount of $ 26,882.00 has been filed in your name by Debtor - Hassan M. Ahmad, on May 6, 2015.

**CLERK, UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

**By** /s/ Denise S. Williams
**Deputy Clerk**

Date: May 06, 2015

[ntcflclm ver. 05/10]