# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

__Alexandria__ Division

**In re**   **Hassan M. Ahmad**

**Case No.**   **14-14380-RGM**

**Debtor(s)**   **Chapter**   **13**

**To:**   **Internal Revenue Service**
**Centralized Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101**

## NOTICE OF FILING OF CLAIM BY DEBTOR, TRUSTEE OR OTHER ENTITY

Pursuant to Federal Rules of Bankruptcy Procedure 3004/3005, you are hereby notified that a proof of claim in the amount of $ __19,404.00__ has been filed in your name by __Debtor - Hassan M. Ahmad__, on __May 6, 2015__.

**CLERK, UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**By** __/s/ Denise S. Williams__
**Deputy Clerk**

Date: __May 06, 2015__

[ntcflclm ver. 05/10]