# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division  
200 South Washington Street  
Alexandria, VA 22314

**Case Number**   14−14380−RGM  
**Chapter**   13  
**Judge**   Robert G. Mayer

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Hassan M. Ahmad  
20620 Sutherlin Place  
Sterling, VA 20165

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):  
   Debtor: xxx−xx−0212

Employer Tax−Identification (EIN) No(s).(if any):  
   Debtor:  NA

## NOTICE OF FAILURE TO PROSECUTE

To:  Moving or Prevailing Party

   Upon a review of the above referenced case, or adversary proceeding, it appears that the parties may not be diligently prosecuting the following matter:

*52* − Amended Motion to Quash Subpoena and Debtor's Objections [DE #36] filed by Bernard Joseph DiMuro of DiMuro, Ginsberg & Mook, P.C. on behalf of Hassan M. Ahmad. (Attachments: # 1 Exhibit(s) A # 2 Exhibit(s) B # 3 Proposed Order) (DiMuro, Bernard)

   NOTICE IS HEREBY GIVEN that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice, or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

Date:  May 7, 2015

William C. Redden , Clerk  
United States Bankruptcy Court

[ntcfailprosvJuly2013.jsp]

By /s/ Denise S. Williams  
Deputy Clerk

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Hassan M. Ahmad  
    Debtor

Case No. 14-14380-RGM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: williamsd     Page 1 of 1     Date Rcvd: May 07, 2015  
                        Form ID: failpros     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2015.  
aty          +Bernard Joseph DiMuro,    DiMuro, Ginsberg & Mook, P.C.,    1101 King Street, Suite 610,    Alexandria, VA 22314-2956

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2015 at the address(es) listed below:  
         Belkys  Escobar    on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov, bankrupt@loudoun.gov;Brian.Boone@loudoun.gov  
         Bernard Joseph DiMuro    on behalf of Defendant Hassan M. Ahmad bdimuro@dimuro.com, ccoggins@dimuro.com;smodeste@dimuro.com;khauck@dimuro.com;mjwright@dimuro.com  
         Bernard Joseph DiMuro    on behalf of Defendant    The Hassan M. Ahmad Law Firm, PLLC bdimuro@dimuro.com, ccoggins@dimuro.com;smodeste@dimuro.com;khauck@dimuro.com;mjwright@dimuro.com  
         Robert L. Vaughn    on behalf of Plaintiff Shamsiya  Shervani rvaughn@oconnorandvaughn.com, vkaye@oconnorandvaughn.com  
         Robert L. Vaughn    on behalf of Creditor Shamsiya  Shervani rvaughn@oconnorandvaughn.com, vkaye@oconnorandvaughn.com  
         Robert R. Weed    on behalf of Debtor Hassan M. Ahmad robertweedlaw@yahoo.com, atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com  
         Thomas P. Gorman    ch13alex@gmail.com,   tgorman26@gmail.com  
                                                                                     TOTAL: 7