## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| **Hassan M. Ahmad,** ) | **Bankr. Case No. 14-14380-RGM** |
| ) | **Chapter 13** |
| Debtor. ) | |
| ) | |
| ) | |
| **SHAMSIYA SHERVANI,** ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **HASSAN M. AHMAD,** *et. al.,* ) | |
| **Defendants.** ) | |
| ) | |

### AMENDED ORDER GRANTING MOTION TO QUASH

On the 22nd day of April, 2015 this matter was heard upon the Motion to Quash the Subpoena *Duces Tecum* issued to Bernard J. DiMuro and the Objections filed to said subpoena in Case No. 14-14380 (Dkt #'s 52 & 53); and

Upon consideration of the pleadings filed herein and the argument of counsel; it is hereby

ORDERED that the Motion to Quash is GRANTED on the grounds that the subpoena *duces tecum* was not obtained pursuant to an order under Rule 2004 of the Federal Rules of Bankruptcy Procedure.

ENTERED on this _____ day of _____, 2015.

Dated: May 19 2015

/s/ Robert G. Mayer
**Honorable Robert G. Mayer**
**United States Bankruptcy Judge**

Entered on Docket: May 20, 2015

**Seen and Agreed:**

/s/ Bernard J. DiMuro
Bernard J. DiMuro, Esq.
VSB Bar No. 18784
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, Virginia 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
bdimuro@dimuro.com
*Counsel for Defendant*

**Seen and Objected to for the reasons stated in Court and briefs**

_____
Robert L. Vaughn, Jr., Esq.
VSB No. 20633
O'Conner & Vaughn, LLC
11490 Commerce Park Drive, Suite 510
Reston, VA 20191
Telephone: 703-689-2100
Facsimile: 703-471-6496
*Counsel for Plaintiff*