UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____

IN RE:

HASSAN M. AHMAD
    Debtor                                     Case No. 14-14380-RGM

                                                      Ch. 13

_____

ORDER FOR RELIEF FROM THE AUTOMATIC STAY

This matter came before the Court upon the Motion of Om Gupta, a creditor, by counsel, pursuant to Local Bankruptcy Rule 4001(a)-1 for entry of an Order for Relief from Automatic Stay in this matter and it appearing to the Court, based upon the pleadings filed herein, that Om Gupta's claim against Hassan M. Ahmad is a personal injury claim arising from a motor vehicle collision on September 30, 2014, and that at the time of the collision, Hassan M. Ahmad had an automobile liability policy issued by GEICO Indemnity Company with a $25,000 per person liability limit in full force and effect providing him coverage for personal injuries arising from his operation of an automobile;

And it further appearing to the Court that GEICO Indemnity Company offered the $25,000 policy limit to Om Gupta before the filing of the subject Bankruptcy Petition;

And it further appearing to the Court, as reflected by their signatures below, that counsel for the debtor and the Trustee, Thomas P. Gorman, consent to the requested relief, and that good cause exists for granting the requested relief; It is therefore hereby

ORDERED AND ADJUDGED that Om Gupta is granted relief from the automatic stay to permit him to accept the $25,000.00 offered by the GEICO Indemnity Company on Hassan M. Ahmad's behalf.

Date: May 26 2015                                        /s/ Robert G. Mayer
                                                                  ROBERT G. MAYER
                                                                  U.S. BANKRUPTCY JUDGE

I ASK FOR THIS:
                                                                  Entered on Docket: May 26, 2015

/s/__Thomas J. Curcio
Thomas J. Curcio, Esquire
Counsel for Om Gupta
VSB 23016
700 N Fairfax Street #505
Alexandria VA 22314
(T) 703-836-3366  (F) 703 836-3360
tcurcio@curciolaw.com
VSB 23016

SEEN AND CONSENTED TO:

| | |
|---|---|
| /s/ Robert R. Weed (by Thomas J. Curcio with permission from Robert R. Weed based on e-mail) | /s/ Thomas P. Gorman (by Thomas J. Curcio with permission from Thomas P. Gorman based on e-mail) |
| Robert R. Weed, Esquire | Thomas P. Gorman, Trustee |
| Robert R. Weed Law Office | 300 N. Washington Street |
| 45575 Shepard Dr., #201 | Suite 400 |
| Sterling, VA 20164 | Alexandria, VA. 22314 |
| Telephone: (703) 518-8811 | Telephone: (703) 836-2226 |
| Facsimile: (703) 369-2626 | Facsimile: (703) 836-8120 |

Local Rule 9022-1 (C) Certification

The foregoing Order was endorsed by all necessary parties pursuant to Local Rule 9022-1 (C).

/s/ Thomas J. Curcio
Thomas J. Curcio

PARTIES TO RECEIVE COPIES

Thomas P. Gorman, Trustee, tgorman@chapter13alexva.com;

Robert R. Weed, robertweed@robertweed.com;

Thomas J, Curcio, Esq., tcurcio@curciolaw.com

/s/__Thomas J. Curcio  
Thomas J. Curcio