**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In re:   Hassan M. Ahmad                                              Chapter 13

              Debtor(s)                                                Case No. 14-14380-RGM

**NOTICE OF OBJECTION and NOTICE OF HEARING THEREON**

Hassan M. Ahmad has filed papers with the U. S. Bankruptcy Court objecting to the claim of Shamsiya Shervani.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the motion, then you must attend the hearing scheduled to be held on **July 22, 2015, at 9:30 AM, in Courtroom I, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314**.  You may also wish to file with the court an answer explaining your position, by mailing it to:

US Bankruptcy Court, Clerk's Office
200 South Washington Street
Alexandria, VA  22314

If you mail your response to the court for filing, you must mail it early enough so the court will **receive it** on or before the date stated above.

You must also mail a copy to:

Robert R. Weed
Law Office of Robert Ross Weed
45575 Shepard Drive, Suite #201
Sterling, VA  20164
Counsel for Debtor

Or use other steps required to oppose a motion under local rule or court order.

     If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

| | |
|---|---|
| Date:  June 22, 2015 | /s/  Robert R. Weed |
| | Robert R. Weed, VSB #24646 |
| | Counsel for Debtor |
| | Law Offices of Robert R. Weed |
| | 45575 Shepard Drive, #201 |
| | Sterling, VA  20164 |
| | (703) 335-7793 |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on June 22, 2015, a true copy of the foregoing was sent by the Electronic Court Filing System to:

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington St.
Alexandria, VA  22314

Robert L. Vaughn, Jr., Esq.
Counsel for Creditor
O'CONNOR & VAUGHN, LLC
11490 Commerce Park Drive, Suite 510
Reston, VA 20191
Telephone: 703-689-2100
Facsimile: 703-471-6496
rvaughn@oconnorandvaughn.com


/s/   Robert R. Weed
Robert R. Weed