# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

In re:  Hassan M. Ahmad                                   Chapter 13
                                                          Case No. 14-14380-RGM
              Debtors

### Motion to Voluntarily Dismiss  Chapter 13

      Debtor moves to dismiss this case under Section 1307 and requests that an order so stating be entered.

Date:  July 21, 2015

      by  /s/ Robert R. Weed
      Robert Ross Weed,   VSB #24646

Robert Ross Weed  VSB 24646
Law Office of Robert Ross Weed
Counsel for  Hassan M. Ahmad
45575 Shepard Drive, Suite #201
Sterling, VA  20164
(703) 335-7793