# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   14−14380−RGM
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Hassan M. Ahmad
20620 Sutherlin Place
Sterling, VA 20165

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−0212

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on July 21, 2015 dismissing the above−captioned case.

Dated:   July 21, 2015

[VAN015vDec2009.jsp]

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 14-14380-RGM
Hassan M. Ahmad                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: williamsd          Page 1 of 2          Date Rcvd: Jul 21, 2015
                              Form ID: VAN015          Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2015.
```
db              +Hassan M. Ahmad,    20620 Sutherlin Place,    Sterling, VA 20165-8500
cr              +County of Loudoun, VA,    c/o Belkys Escobar,    One Harrison St. SE, (MSC #06),
                  Leesburg, VA 20175-3102
cr              +Om Gupta,    47546 Sharpskin Island Square,    Sterling, VA 20165-2455
cr              +Shamsiya Shervani,    c/o Robert L. Vaughn, Jr., Esq.,    11490 Commerce Park Dr.,    Suite 510,
                  Reston, VA 20191-1574
12808666        +Aleksandr Shubin,Esq/Abdinasir Yahy,    7910 Woodmont Ave, Ste 1440,    Bethesda, MD 20814-3033
12654900        +Apple Federal Credit Union,    4029 Ridgetop Road,    Fairfax, VA 22030-6090
12654902        +Chase,   PO BOX 24696,    Columbus, OH 43224-0696
12808667        +DC Dept of Revenue,    1101 4th Street, SW, Ste 270 West,    Washington, DC 20024-4457
12838488        +Deutsche Bank Trust Company Americas,    U.S. Bank Home Mortgage,    4801 Frederica St,
                  Owensboro, KY 42301-7441
12808668        +Eden Village HOA,    4840 Westfields Blvd,    Chantilly, VA 20151-4220
12654907        +Equifax,    POB 105285,    Atlanta, GA 30348-5285
12654908        +Experian,    POB 9701,    Allen, TX 75013-9701
12808672        +Fairfax County Circuit Court/Shamsi,    4110 Chain Bridge Rd,    Fairfax, VA 22030-4020
12808673        +Fredericksburg Cr Bur,    10506 Wakeman Dr,    Fredericksburg,VA 22407-8040
12808674        +Guidence Residential,    4801 Frederica St,    Owensboro, KY 42301-7441
12808678        +Hyndai Capital America,    10550 Talbert Ave,    Fountain Valley, CA 92708-6032
12808733        +IRS Hon. Eric Holder,    10th Constitution ave NW 6313,    Washington, DC 20530-0001
12808679         IRS c/o US Attorney 2 of 3,    1101 Jamieson Ave,    Alexandria, VA 22314
12883133        +Internal Revenue Service, Centralized Insolvency,    PO Box 7346,    Philadelphia, PA 19101-7346
12654909        +Lendmark Financial Svcs,    4645 Village Square Dr, Ste H,    Paducah, KY 42001-7448
12654910        +Lendmark Financial Svcs,    4645 Village Sq Ste 560164H,    Paducah, KY 42001-7448
12654911        +McCabe, Weisberg & Conway, LLC/JP Morgan,    312 Marshall Ave, Ste 800,    Laurel, MD 20707-4808
12654912        +McCabe, Weisberg & Conway/Chase,    312 Marshall Ave, Ste 800,    Laurel, MD 20707-4808
12808734        +O'connor & Vaughn, LLC/Shamsiya She,    11490 Commerse park dr, Ste 510,    Reston, VA 20191-1574
12808735        +Om Gupta,    c/o Curcio Law,    700 N Fairfax Street, Suite 505,    Alexandria, VA 22314-2090
12656589        +Shamsiya Shervani,    c/o Robert L. Vaughn, Jr., Esq.,    11490 Commerce Park Drive, #510,
                  Reston, VA 20191-1574
12654919        +Trans Union,    POB 2000,    Atlanta, GA 30301-2000
12808736        +Virginia Employment Commision,    PO BOX 1358,    Richmond, VA 23218-1358
12654920        +West Asset Management/Sprint,    7171 Mercy Road,    Omaha, NE 68106-2620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12654900        +E-mail/Text: bankruptcydept@applefcu.org Jul 22 2015 03:13:44      Apple Federal Credit Union,
                  4029 Ridgetop Road,    Fairfax, VA 22030-6090
12654901        +EDI: CAPITALONE.COM Jul 22 2015 02:58:00      Capital One,    PO Box 30281,
                  Salt Lake City, UT 84130-0281
12654903        +EDI: CHASE.COM Jul 22 2015 02:58:00      Chase Bank USA,    PO Box 15298,
                  Wilmington, DE 19850-5298
12654904        +EDI: WFNNB.COM Jul 22 2015 02:58:00      Commenity Bank/NWYRK&CO,    PO Box 182789,
                  Columbus, OH 43218-2789
12654905        +EDI: RCSFNBMARIN.COM Jul 22 2015 02:58:00      Credit One Bank,    P.O. Box 98873,
                  Las Vegas, NV 89193-8873
12654906        +E-mail/Text: electronicbkydocs@nelnet.net Jul 22 2015 03:12:49      Dept of Education/Nelnet,
                  121 S 13th Street,    Lincoln, NE 68508-1904
12808680        +EDI: IRS.COM Jul 22 2015 02:58:00      IRS Centralized Insolvency,    PO BOX 7346,
                  Philadelphia, PA 19101-7346
12654913        +EDI: MERRICKBANK.COM Jul 22 2015 02:58:00      Merrick Bank,    10705 S Jordan Gateway, Ste 200,
                  South Jordan, UT 84095-3977
12654914        +EDI: CITICORP.COM Jul 22 2015 02:58:00      National Tire & Battery/Citibank,    PO Box 6497,
                  Siouz Falls, SD 57117-6497
12654917        +EDI: RMSC.COM Jul 22 2015 02:58:00      SYNCB/Amer Eagle,    PO Box 965005,
                  Orlando, FL 32896-5005
12654918        +EDI: RMSC.COM Jul 22 2015 02:58:00      SYNCB/HH Gregg,    PO Box 965036,
                  Orlando, FL 32896-5036
12654915        +EDI: DRIV.COM Jul 22 2015 02:58:00      Santander Consumer USA,    5201 Rufe Snow Dr,
                  North Richland Hills, TX 76180-6036
12654916        +E-mail/Text: ebnsterling@weltman.com Jul 22 2015 03:12:32      Shaws Jewelers,    375 Ghent Road,
                  Akron, OH 44333-4601
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
12883129*       +DC Department of Revenue,    1101 4th Street, SW, Ste 270 West,    Washington, DC 20024-4457
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0422-9          User: williamsd              Page 2 of 2              Date Rcvd: Jul 21, 2015
                              Form ID: VAN015              Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2015                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2015 at the address(es) listed below:
          Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
           bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
          Bernard Joseph DiMuro    on behalf of Defendant Hassan M. Ahmad bdimuro@dimuro.com,
           ccoggins@dimuro.com;smodeste@dimuro.com;khauck@dimuro.com;mjwright@dimuro.com
          Bernard Joseph DiMuro    on behalf of Defendant   The Hassan M. Ahmad Law Firm, PLLC
           bdimuro@dimuro.com,
           ccoggins@dimuro.com;smodeste@dimuro.com;khauck@dimuro.com;mjwright@dimuro.com
          Robert L. Vaughn    on behalf of Plaintiff Shamsiya  Shervani rvaughn@oconnorandvaughn.com,
           vkaye@oconnorandvaughn.com
          Robert L. Vaughn    on behalf of Creditor Shamsiya  Shervani rvaughn@oconnorandvaughn.com,
           vkaye@oconnorandvaughn.com
          Robert R. Weed    on behalf of Debtor Hassan M. Ahmad robertweedlaw@yahoo.com,
           atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com
          Thomas Joseph Curcio    on behalf of Creditor Om  Gupta tcurcio@curciolaw.com
          Thomas P. Gorman    ch13alex@gmail.com,  tgorman26@gmail.com
                                                                                             TOTAL: 8
```